JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 522-6031
Fax: (415) 436-7234
Email: Daryl.Eremin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ODILON CARRANZA-DUARTE,
a/k/a Jose Flores-Cardenas, and
a/k/a Joaquin Zaragoza-Campos,

Defendant.

No. CR 09-0386 JSW

**PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To the Honorable Bernard Zimmerman, United States Magistrate Judge for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner ODILON CARRANZA-DUARTE. The prisoner is required to appear in the above-referenced matter forthwith for his initial appearance before the

//

//

//

//

Duty Magistrate. His place of custody and jailor are set forth in the requested Writ, attached hereto.

DATED: April 24, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
DARYL T. EREMIN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: April 24, 2009

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Bernard Zimmerman
NORTHERN DISTRICT OF CALIFORNIA

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 09-0386 JSW
2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and Ron Barnes, Warden, or other Official of the California Correctional Center, 711-045 Center Road, Susanville, California 96130; phone (530) 257-2181.

**GREETINGS**

WE COMMAND that you have and produce the body of ODILON CARRANZA-DUARTE, California Department of Corrections number G44682, in your custody in the above-referenced institution, FORTHWITH before the United States District Court in and for the Northern District of California, in the Courtroom of Duty Magistrate, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so that ODILON CARRANZA-DUARTE, may then and there appear for an initial appearance upon the charges filed against him in the above-captioned case. You shall produce the prisoner thereafter at all times necessary until the termination of the proceedings in the above-referenced matter. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge for the Northern District of California.

DATED: April 24, 2009

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Rose Maher

DEPUTY CLERK, Rose Maher