JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 522-6031
   Facsimile: (415) 436-7234
   E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 09-0386 JSW |
|    Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER AND |
| ) | STIPULATION EXCLUDING TIME |
| ODILON CARRANZA-DUARTE, ) | FROM JUNE 25, 2009, TO JULY 30, 2009 |
|   a/k/a Jose Flores-Cardenas, and ) | |
|   a/k/a Joaquin Zaragoza-Campos, ) | |
|    Defendant. ) | |

     The parties appeared before the Honorable Jeffrey S. White on June 25, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 25, 2009, to July 30, 2009, in light of the need for defendant's counsel to conduct further investigation into relevant facts in this matter. Additionally, counsel for the defendant will be out of state and unavailable for a period of two weeks. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0386 JSW

to conduct further investigation. Failure to grant the requested continuance would also deny the defendant continuity of counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 25, 2009, to July 30, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from June 25, 2009, to July 30, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: June 25, 2009

     /s/
LOREN STEWART
Counsel for Odilon Carranza-Duarte

DATED: June 25, 2009

     /s/
DARYL T. EREMIN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 26, 2009

_____
THE HON. JEFFREY S. WHITE
United States District Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0386 JSW    2