JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 522-6031
   Facsimile: (415) 436-7234
   E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> ODILON CARRANZA-DUARTE, ) <br>   a/k/a Jose Flores-Cardenas, and ) <br>   a/k/a Joaquin Zaragoza-Campos, ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | Criminal No. CR 09-0386 JSW <br><br> [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM AUGUST 20, 2009, TO AUGUST 27, 2009 |

     The parties appeared before the Honorable Jeffrey S. White on August 20, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 20, 2009, to August 27, 2009, in light of the need for defendant's counsel to conduct further investigation into relevant facts in this matter. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to conduct further investigation. 18 U.S.C. § 3161(h)(7)(B)(iv).

[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0386 JSW

1      2. Given these circumstances, the Court found that the ends of justice served by
2  excluding the period from August 20, 2009, to, August 27, 2009, outweigh the best interest of
3  the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
4      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
5  from August 20, 2009, to August 27, 2009, be excluded from Speedy Trial Act calculations
6  under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

8      IT IS SO STIPULATED.

10 DATED: August 20, 2009          /s/
                                       LOREN STEWART
11                                        Counsel for Odilon Carranza-Duarte

13 DATED: August 20, 2009          /s/
                                       DARYL T. EREMIN
                                       Special Assistant United States Attorney

15     IT IS SO ORDERED.

16 DATED: August 21, 2009          _/s/ Jeffrey S. White_
                                       THE HON. JEFFREY S. WHITE
17                                        United States District Judge